

217 east redwood street
21st floor
baltimore, maryland 21202
410.783.3550
410.783.3530 fax

washington, dc

www.agtlawyers.com

Writer's direct contact:
410.783.3547
clyon@agtlawyers.com

Reply to Baltimore Office

March 16, 2017

**VIA CM/ECF**
The Honorable Catherine C. Blake
United States District Judge
United States District Court for
 the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Sinclair Broadcast Group, Inc. v. Colour Basis, LLC et al.
             Civil Action No. 1:14-cv-02614 CCB

Dear Judge Blake:

      The parties' counsel have conferred about the matters set forth in the Court's March 3, 2017 letter. Their respective proposals are set forth herein.

      Defendant/Counter-Plaintiff Colour Basis, LLC and Defendant Christi Schreiber request that the case be referred to a magistrate judge for a second mediation, the first having occurred prior to discovery. Notwithstanding that the opposing parties are disinclined to mediate further, the efforts of the magistrate judges have in the past produced results when the Court has ordered mediation over such reservations. Colour Basis, LLC and Ms. Schreiber further propose that expert discovery, if necessary, commence after a mediation and conclude by September 15, 2017. The deadlines for the parties' respective disclosures would depend on when a mediation concluded. They request that a jury trial be scheduled in October or November, if the Court's calendar permits. Counter-Plaintiff estimates 3-4 days to present its case.

      Plaintiff/Counter-Defendant Sinclair Broadcast Group, Inc. and Third-Party Defendants Scott Livingston and Samantha Dinges believe that, given the past efforts to mediate, including mediation with retired Judge Legg, further mediation would not be fruitful. They propose that expert discovery conclude by September 15, 2017 with the following deadlines for expert disclosures: Plaintiff's disclosures--May 15, 2017; Defendant's disclosures--July 17, 2017;

rebuttal disclosures--August 4, 2017. Defendants anticipate that it will take 5 days to present their case.

If the Court is in need of additional information in advance of Monday's call, the parties will readily comply.

Very truly yours,

Astrachan Gunst Thomas, P.C.

/s/

Christopher J. Lyon