**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**CHIEF JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

March 22, 2017

MEMO TO COUNSEL RE:     *Sinclair Broadcast Group, Inc. v. Colour Basis, LLC, et al.,* Civil No. CCB-14-2614

Dear Counsel:

This will confirm the results of our conference call on March 20, 2017.

This case will be referred for mediation with a U.S. Magistrate Judge as soon as reasonably possible.  If mediation is not successful, counsel will confer and propose a schedule for the completion of expert discovery.  With one possible conflict, we are holding the two weeks beginning **November 6, 2017** for trial.

Despite the informal nature of this letter, it is an Order of the Court and shall be docketed as such.

Sincerely yours,

/S/

Catherine C. Blake
United States District Judge